NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8942
Fax: (415) 744-0134
Email: allison.cheung@ssa.gov

Attorneys for Defendant


NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8942
Fax: (415) 744-0134
Email: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS TWEEDY, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:19-cv-00853-DJA <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br> (***FIRST REQUEST***) |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to file his Cross-Motion to Affirm in response to Plaintiff's Motion for Reversal and Remand (Dkt. No. 18, filed on October 17, 2019), currently due on November 18, 2019, by 30 days, through and including December 18, 2019. Defendant further requests that all subsequent deadlines set forth in the Scheduling Order (Dkt. No. 15) be extended accordingly.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests this extension because of the workload of Defendant's attorney assigned to this case. Since Plaintiff's motion was filed, the undersigned counsel has worked on over 20 district court

cases, as well as a Ninth Circuit appeal. Counsel is also responsible for other substantive non-litigation matters within the Office of General Counsel. This request is made to allow counsel additional time to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's cross-motion. This request is made in good faith and with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel on November 13, 2019, who indicated no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's motion, through and including December 18, 2019.

Dated: November 13, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2019

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Melissa A. Palmer
mpalmer@windisability.com

Hal Taylor
haltaylorlawyer@gbis.com

Dated:  November 13, 2019

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney